Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Ingram, J.), imposed August 17, 2016, on the ground that the sentence is excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s purported waiver of his right to appeal was invalid (see People v Bradshaw, 18 NY3d 257, 264 [2011]; People v Little, 127 AD3d 1235, 1235-1236 [2015]; People v Brown, 122 AD3d 133 [2014]), and thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant’s contention, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Balkin, Hall, Duffy and Brathwaite Nelson, JJ., concur.